# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS OSWALDO ALFARO-HIDALGO,<br><br>Defendant. | Case No. 3:19-cr-00035-LRH-WGC-1<br><br><br><br>*and related case* |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS OSWALDO ALFARO-HIDALGO,<br><br>Defendant. | Case No. 3:17-cr-00016-MMD-WGC<br><br><br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge pursuant to Local Rule 42-1(b). Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that Case No. 3:19-cr-00035-LRH-WGC-1 is reassigned to District Judge Miranda M. Du, and all future pleadings must bear case number 3:19-cr-00035-MMD-WGC.

DATED THIS 27th day of May 2020.    DATED THIS 27th day of May 2020.

_____    _____
MIRANDA M. DU                LARRY R. HICKS
UNITED STATES DISTRICT JUDGE    UNITED STATES DISTRICT JUDGE